THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH O'HALLAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY STONE, Alias, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM FLANNIGAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES F. LAMBERT.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB P. LOESBERG.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE A. HORTH.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEONTO VALQUES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY I. DAVIS v. HARRY WADLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNION RAILWAY COMPANY OF NEW YORK CITY v. THE CITY OF NEW YORK and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD R. HEWITT v. COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.